FRANCIS J. O'BRIEN, Respondent, v. MASSACHUSETTS ACCIDENT COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ORMIEL OLMSTEAD, Plaintiff, v. H. DUANE CLARK, Respondent, NEAL O'BRIEN LUMBER COMPANY, INCORPORATED, and Others, Appellants, Impleaded with Others, Defendants.— Judgment, so far as appealed from, affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ELIZABETH CROCKER, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Distribution of Certain Moneys Arising upon the Sale of Real Property in the Foreclosure Action Entitled: Supreme Court, Monroe County; JOHN LOBBETT v. RILEY GALPIN and Others.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Accounts of ANDREW McMANNIS, as Administrator, etc., of PATRICK McMANNIS, Deceased.— Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ANNA MINSKER, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GERALD BEST, Respondent, v. W. K. HARRISON, Appellant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHARLES E. BLACKMAN, as Administrator, etc., of EVELYN G. BLACKMAN, Deceased, Plaintiff, v. WARREN MARVIN, Defendant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOSEPHINE PEARSON, as Administratrix, etc., of MARGARET PEARSON, Deceased, Plaintiff, v. WARREN MARVIN, Defendant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANK W. ADRIANCE, Appellant, v. JOSEPH T. DEGOLYER, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of SIDNEY Z. DAVIDSON, an Attorney and Counselor at Law.— The report of the official referee, finding that the charges have not been sustained, is confirmed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of JAMES MAISEL, an Attorney and Counselor at Law.— Report of official referee confirmed and order of disbarment entered. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of SIDNEY N. ELSNER, an Attorney and Counselor at Law.— Report of official referee confirmed, and order of disbarment entered. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.